No. 79.   City Company of New York, Inc. v. Stern; and

No. 89.   Chase Securities Corp. v. Vogel.

March 31, 1941.   *Per Curiam:* The petitions for writs of certiorari are granted and the judgments are reversed.   *Vandenbark* v. *Owens-Illinois Glass Co.,* 311 U. S. 538; *Pomeroy* v. *National City Co.,* 209 Minn. 155; 296 N. W. 513; *Donaldson* v. *Chase Securities Corp.,* 209 Minn. 165; 296 N. W. 518.   The causes are remanded to the Circuit Court of Appeals for further proceedings with respect to any questions not determined by the Supreme Court of Minnesota in the *Pomeroy* and *Donaldson* cases.   *Messrs. M. J. Doherty* and *Wilfrid E. Rumble* for petitioner in No. 79.   *Messrs. F. H. Stinchfield* and *S. S. Jennings, Jr.* for petitioner in No. 89.   *Mr. Benedict Deinard* for respondents.

No. 603.   Gray, Director of the Bituminous Coal Division of the Department of the Interior, et al. v. Powell et al., Receivers.

Argued March 14, 1941.   Decided March 31, 1941.   *Per Curiam:* The judgment is affirmed by an equally divided Court.   *Mr. Robert L. Stern,* with whom *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Richard H. Demuth, James C. Wilson, Abe Fortas,* and *Arnold Levy* were on the brief, for petitioners.   *Messrs. Joseph F. Johnston* and *W. R. C. Cocke,* with whom *Mr. Wm. H. Delaney* was on the brief, for respondents.